**From:** sop <sop@cscinfo.com>
**Sent:** Friday, August 27, 2021 9:54 AM
**To:** Jennifer Crawford <Jennifer.Crawford@marmon.com>
**Subject:** [EXTERNAL] Notice of Service of Process - Transmittal Number: 23690394



## NOTICE OF SERVICE OF PROCESS

### Transmittal Number: **23690394**

(Click the Transmittal Number to view your SOP)

Pursuant to client instructions, we are forwarding this summary and Notice of Service of Process.

| | |
|---|---|
| **Entity:** | Ecowater Systems LLC |
| **Entity I.D. Number:** | 0132497 |
| **Entity Served:** | Ecowater Systems LLC |
| **Title of Action:** | California Automobile Insurance Company As Subrogee Of Macdonald Morris vs. Ecowater Systems LLC |
| **Matter Name/ID:** | California Automobile Insurance Company As Subrogee Of Macdonald Morris vs. Ecowater Systems LLC (11519215) |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | San Mateo County Superior Court, California |
| **Case/Reference No:** | 21-CIV-04172 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 08/26/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Sender Information:**

Kellie U. Terhufen
951-387-4700

**Primary Contact:**
Daniel  Hanrahan
The Marmon Group, LLC

**Electronic copy provided to:**
Jennifer Crawford

To review other documents in this matter, please link to CSC's Matter Management Services at [www.cscglobal.com](www.cscglobal.com)

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.